Order issued February 19, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00201-CV

## TACTICAL AIR DEFENSE SERVICES, INC. AND GARY FEARS, Appellants

### V.

## CHARLES C. SEAROCK, Appellee

# ORDER

Before the Court is Jamie Goldstein's motion to dismiss his appeal in the case. We **GRANT** the motion. The appeal filed by Jamie Goldstein is hereby **DISMISSED**.

JIM MOSELEY
PRESIDING JUSTICE